ANNIINA SUOMINEN GUYAS,
Former Wife,

      Appellant,

v.

PAUL GUYAS,
Former Husband,

      Appellee.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-0289

Opinion filed October 8, 2014.

An appeal from the Circuit Court for Leon County.
Barbara K. Hobbs, Judge.

Kristin Adamson, Tallahassee, for Appellant.

John C. Kenny, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

PADOVANO, WETHERELL, and MAKAR, JJ., CONCUR.